**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LEON WILLIAMS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO.  07-0500** |
| **N. BURL CAIN, WARDEN**<br>**LOUISIANA STATE PENITENTIARY** | **SECTION "S"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Leon Williams, Jr.'s petition for issuance of a Writ of Habeas

Corpus, pursuant to Title 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this ____26th____ day of _____June_____, 2009.

_____
**UNITED STATES DISTRICT JUDGE**